# 930 CASES REPORTED WITH BRIEF SYLLABI.

Helen M. Reynolds, by Dennis Reynolds, Her Guardian ad Litem, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Millard F. Windsor and Another, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented.

Thomas Kane, Respondent, v. The Erie Railroad Company, Appellant. —Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury is contrary to and against the weight of the evidence upon the questions of defendant's negligence and of plaintiff's contributory negligence. All concurred.

In the Matter of the Estate of Ellen F. Wentz, Late of the City of Geneva, N. Y., Deceased. Annie Goodman, Appellant; Edward Ostrander, Individually and as Executor, etc., and Another, Respondents.— Order affirmed, with costs. .All concurred.

Samuel Shopiro, Respondent, v. Samuel Berlin and Another, Appellants.— Order striking out amended answer modified so as to provide that the amended answer may stand upon condition that the appellants shall, within five days after service of a copy of this order, stipulate to proceed to trial of the case at the Trial Term of the Supreme Court now in session in Onondaga county; and as so modified the order is affirmed, without costs of this appeal to either party. Order denying motion to change venue affirmed, with ten dollars costs and disbursements. All concurred.

Barnabas A. Dean and Another, Respondents, v. Fred S. McMullin, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the amount of the claim being disputed by plaintiffs, they were not entitled to an order of interpleader. (*Baltimore & Ohio R. R. Co.* v. *Arthur*, 90 N. Y. 234.) The amendment to the Code of Civil Procedure by chapter 285 of the Laws of 1908, adding section 820a, did not change the rule of law in that respect. All concurred.

Henry F. Doell, Respondent, v. William S. Riley Company, Appellant. — Judgment affirmed, with costs. All concurred.

Malvina Stuart, Appellant, v. Mrs. Gilbert Northrup, Respondent.— Judgment of County Court reversed and judgment of Justice's Court reinstated, with costs to appellant in this court and in County Court. Held, that the defendant, not having given the undertaking as required by section 2952 of the Code of Civil Procedure, was precluded in her defense from drawing the title in question. (Code Civ. Proc. § 2955.) All concurred.

Edward Slater, Respondent, v. Rufus F. Hanning, Appellant.— Judgment affirmed, with costs. All concurred.

Julia Newton, Respondent, v. Pennsylvania Railroad Company and Another, Appellants. — Judgment and order reversed and new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $250 as